<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7797**

———————

JESUS EMMANUEL JEHOVAH, a/k/a Robert Gabriel Love, a/k/a Gabriel Alexander Antonio,

        Plaintiff – Appellant,

    v.

COMMONWEALTH OF VIRGINIA; LORETTA K. KELLY, Warden, Sussex I State Prison; ALL EMPLOYEES OF THE VIRGINIA DEPARTMENT OF CORRECTIONS, in their official, individual, and private capacities, jointly and severally; A. DAVID ROBINSON, Deputy Director; EDDIE L. PEARSON, Warden; KESHA FOWLKES, Unit Manager; MS. EVANS, Records Officer; MS. ANSAH, Corporal; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; ANTHONY KING, Dr.; MESELE GEBREYES, Dr.; BENJAMIN ULEP, Dr.,

        Defendants – Appellees,

        and

HAROLD W. CLARKE, Director; JOHN M. JABE, Deputy Director,

        Defendants.

———————

**No. 12-8079**

———————

JESUS EMMANUEL JEHOVAH, a/k/a Robert Gabriel Love, a/k/a Gabriel Alexander Antonio,

        Plaintiff – Appellant,

    v.

HAROLD W. CLARKE, Director; JOHN M. JABE, Deputy Director,

and

COMMONWEALTH OF VIRGINIA; LORETTA K. KELLY, Warden, Sussex I State Prison; ALL EMPLOYEES OF THE VIRGINIA DEPARTMENT OF CORRECTIONS, in their official, individual, and private capacities, jointly and severally; A. DAVID ROBINSON, Deputy Director; EDDIE L. PEARSON, Warden; KEISHA FOWLKES, Unit Manager; MS. EVANS, Records Officer; MS. ANSAH, Corporal; ARMOR CORRECTIONAL HEALTH SERVICES, INC.; ANTHONY KING, Dr.; MESELE GEBREYES, Dr.; BENJAMIN ULEP, Dr.,

Defendants.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:12-cv-00087-JCC-IDD)

---

Submitted: April 5, 2013                    Decided: April 15, 2013

---

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

No. 12-7797, dismissed in part, affirmed in part; No. 12-8079, dismissed by unpublished per curiam opinion.

---

Jesus Emmanuel Jehovah, Appellant Pro Se. Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Jesus Emmanuel Jehovah seeks to appeal the district court's orders dismissing numerous claims in his complaint, denying preliminary injunctive relief, denying his motion for a change of venue, declining to file photographs under seal, and denying in part a motion to make corrections of an order pursuant to Fed. R. Civ. P. Rule 60(a). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). Apart from the denial of preliminary injunctive relief, the orders Jehovah seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss No. 12-7797 in part, and No. 12-8079 in its entirety, for lack of jurisdiction. As for the denial of Jehovah's motion for a preliminary injunction, we have reviewed the record and find no reversible error. Accordingly, we affirm No. 12-7797 in part for the reasons stated by the district court. Jehovah v. Clarke, No. 1:12-cv-00087-JCC-IDD (E.D. Va. Oct. 16, 2012). See Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008) (standard).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

3

before this court and argument would not aid the decisional process.

No. 12-7797: <u>DISMISSED IN PART</u>; <u>AFFIRMED IN PART</u>
No. 12-8079: <u>DISMISSED</u>